IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.      5:25-PO-46 (BKS) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **JONAS MORALES-LOPEZ,** | ) | Violation:    8 U.S.C. § 1325(a)(2) |
| | ) |           [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Pima County, Arizona |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Improper Entry by Alien]

In or around 2022, in Pima County in the District of Arizona, the defendant, **JONAS MORALES-LOPEZ**, an alien, native and citizen of Guatemala, eluded examination and inspection by immigration officers as he entered the United States from Mexico, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: June 30, 2025

JOHN A. SARCONE III
United States Attorney

By: _____   0/6/0

Tamara B. Thomson, Bar Roll No. 515310
Matthew J. McCrobie, Bar Roll No. 702739
Assistant United States Attorneys